U.S. COURTS

FEB 27 2024

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

2-21-24

United States Courts
James A. McClure Federal Building & Courthouse
℅ Clerk of the Court
550 w. fort St.
Boise, Id.  83724


Re: Case # 1:15-CR-00108-001
1 Docket Sheet            4. Judgement & Conviction
2. Plea agreement
3. Criminal History


David Mendoza #
F.C.I. Sheridan
P.O. BOX 5000
Sheridan, OR  97378


To whom it may concern,

    I David Mendoza would please like to request
the following information pretaing to Case # 1:15-CR-00108-001
1. Docket Sheet           4. Judgement & Conviction
2. Plea agreement
3. Criminal History
    I greatly appreciate your help in this Matter

Sincerely,

David Mendoza

David Mendoza #
F.C.I. Sheridan
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378.