<u>CRIMINAL PROCEEDINGS</u> – **Supervised Release Revocation/Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David C. Nye                                    Date: March 26, 2025
Case No. 1:15-cr-108-DCN                    Deputy Clerk: Sunny Trumbull
Place: Boise, ID                                       Reporter: Tiffany Fisher
                                                              Time: 2:59 – 3:17 p.m.

**UNITED STATES OF AMERICA vs. DAVID GREGORY MENDOZA**

Probation Officer: Jeremy Hansen
Counsel for the United States: Frank Zebari
Counsel for the Defendant: Hannah Pugh

(X) Court reviewed case history.
(X) Defendant sworn by examination by the Court.
(X) Court finds the defendant competent to enter an admission.
(X) Sentencing guidelines explained.
(X) Constitutional rights explained.
(X) Defendant advised of maximum penalties.
(X) Defendant furnished a copy of the petition.

Grade C Violation, criminal history category 4, guideline range of 6-12 months.

(X) The Court accepts defendant's admission and enters a judgment of guilty to violation 1a contained in the petition.
(X) Court granted Government's oral motion to dismiss violations 1b-f, 2a-b, 3a-g and 4 in the petition.
(X) Counsel made arguments and sentencing recommendations.
(X) Defendant made remarks on his own behalf.

SENTENCE: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months. No supervised release to follow.

The Court recommended that the defendant be credited with time served and that he be housed in the facility at FCI Phoenix, or FCI Florence as an alternative.

(X) Right to appeal explained.
(X) Defendant remanded to the U.S. Marshal Service.