AO 245D (Rev. 10/20) Judgment in a Criminal Case for Revocation
Sheet 1

# UNITED STATES DISTRICT COURT

District of Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| | ) (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) |
| DAVID GREGORY MENDOZA | ) Case Number:        0976 1:15CR00108-001 |
| | ) USM Number:      16564-023 |
| | ) Hannah Pugh |
| | ) Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violation of allegation (s)    1a _____ of the petition.

☐  was found in violation of condition(s) _____ after denial of guilt
which was accepted by the court.

The defendant is adjudicated guilty of these offenses:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1a | Unlawful use of a controlled substance | 11/20/2024 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒  The defendant has not violated condition(s)  1b-f, 2-4 _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 26, 2025
Date of Imposition of Judgment

Signature of Judge

David C. Nye, Chief United States District Judge
Name and Title of Judge

March 27, 2025
Date

AO 245D (Rev. 10/20) Judgment in a Criminal Case for Revocation
Sheet 2-Imprisonment

Judgment—Page    Page **2** of **2**

DEFENDANT:          David Gregory Mendoza
CASE NUMBER:        0976 1:15CR00108-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 18 months. No supervised release to follow.

☒    The court makes the following recommendations to the Bureau of Prisons:

The defendant will be credited with all time served in federal custody and will be placed in a facility in Phoenix, AZ or Florence, CO.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL