# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA          *WARRANT FOR ARREST*

v.

DAVID GREGORY MENDOZA          1:15-cr-00108-DCN

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DAVID GREGORY MENDOZA** and bring

forthwith to the nearest magistrate judge to answer **PETITION ON SUPERVISED RELEASE**

charging with the below listed violation.

VIOLATION OF TERMS AND CONDITIONS OF PETITION ON SUPERVISED RELEASE



United States Courts
District of Idaho
**ISSUED**
*HaileyStevason*
on Feb 04, 2025 3:24 pm

Hailey Stevason, Deputy Clerk                    February 4, 2025

Name and Title of Issuing Officer                Date

---

**RETURN**

---

This warrant was received___Feb 4 2025___and executed with the arrest of the above-name
individual at _Caldwell, ID_____.

_____

_____          Feb 06 2025_____
Signature of Arresting Officer                Date of Arrest


_Signe don behalf of FBI_____
Name & Title of Arresting Officer